| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>REAL, MANUEL L | 2. Court or Organization<br><br>CENTRAL DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>312 N. SPRING ST.<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee – no beneficial interest | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2009 MAY 21 P 2: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI-ABA | February 13-15, 2008 | San Diego, CA | Teaching program | meals, lodging & transportation |
| 2. | ALI-ABA | February 27-28, 2008 | Newport Beach, CA | Teaching program | meals, lodging & transportation |
| 3. | FREE | July 20-24, 2008 | Bozeman, MT | Seminar | meals, lodging & transportation |
| 4. | American Conference Institute | November 18-21, 2008 | New York, NY | Teaching program | meals, lodging & transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL; MANUEL L | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank,  San Pedro, CA | A | Interest | K | T | | | | | |
| 2. Bay Cities Nat'l Bank, RPV, CA | B | Interest | K | T | | | | | |
| 3. San Pablo Muni Bond, San Pablo, CA | A | Interest | J | T | | | | | |
| 4. Rockland Cal. Uni School Dist., Rockland, CA | A | Interest | K | T | | | | | |
| 5. Capitol One 1st Sav Bank, Falls Church, VA | A | Interest | J | T | | | | | |
| 6. Corporate Insured Trust Country Wide Bank, Alexandria, VA | A | Interest | J | T | | | | | |
| 7. California St Ambac CRC | A | Interest | K | T | | | | | |
| 8. Trust #1 - Trustee, no beneficial interest | | | | | | | | | |
| 9. Common Stocks: | | | | | | | | | |
| 10. Adobe Systems, Inc. | | None | L | T | transfer to | 7/17 | L | | ■■■ |
| 11. Amgen, Inc. | | None | K | T | transfer to | 7/17 | L | | ■■■ |
| 12. Boeing Co. | A | Dividend | K | T | transfer to | 7/17 | K | | ■■■ |
| 13. Citigroup, Inc. | B | Dividend | K | T | transfer to | 7/17 | L | | ■■■ |
| 14. Costco Wholesale Corp. | A | Dividend | L | T | transfer to | 7/17 | K | | ■■■ |
| 15. Devon Energy Corp. | A | Dividend | L | T | transfer to | 7/17 | L | | ■■■ |
| 16. Genentech | | None | L | T | transfer to | 7/17 | L | | ■■■ |
| 17. Heinz HJ Co. | D | Dividend | N | T | transfer to | 7/17 | N | | ■■■ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| REAL, MANUEL L | - | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Idearc, Inc. | A | Dividend | J | T | transfer to | 7/17 | J | | ▰ |
| 19. Johnson & Johnson | A | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 20. Medtronics | A | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 21. Microsoft Corp. | A | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 22. Qualcomm, Inc. | A | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 23. United Health Group, Inc. | A | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 24. Verizon Communications | C | Dividend | L | T | transfer to | 7/17 | L | | ▰ |
| 25. Preferred Stock: | | | | | | | | | |
| 26. ACE Ltd. | C | Dividend | K | T | transfer to | 7/17 | J | | ▰ |
| 27. NB Cap. Corp. | C | Dividend | K | T | transfer to | 7/17 | L | | ▰ |
| 28. Public Storage | C | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 29. Royal Bank of Scotland | B | Dividend | K | T | transfer to | 7/17 | K | | ▰ |
| 30. Claymore S&P Mutual Fund | A | Dividend | L | T | transfer to | 7/17 | L | | ▰ |
| 31. Bonds: | | | | | | | | | |
| 32. GMAC LLC | C | Interest | K | T | | | | | |
| 33. Ford Motor Credit Co. | C | Interest | K | T | | | | | |
| 34. Ford Motor Co. Del. | C | Interest | K | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
   (See Column C2)     U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| REAL, MANUEL L | . | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hertz Corp. | C | Interest | K | T | | | | | |
| 36. Lehman Bros. Mtn. Var. | D | Interest | L | T | | | | | |
| 37. Pomona, CA | C | Interest | K | T | | | | | |
| 38. California State | E | Interest | N | T | | | | | |
| 39. University CA | C | Interest | L | T | | | | | |
| 40. Inglewood CA | C | Interest | L | T | | | | | |
| 41. 33 Money Market Acct | A | Interest | K | T | | | | | |
| 42. Bank of America (Accounts) | | None | M | T | | | | | |
| 43. Penn West Energy | C | Interest | J | T | buy | 08/20 | | | |
| 44. Provident Energy | C | Interest | J | T | buy | 08/20 | | | |
| 45. Enerplus Resources Fund | C | Interest | J | T | buy | 08/20 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>REAL, MANUEL L | 2. Court or Organization<br><br>CENTRAL DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>07/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>312 N. SPRING ST.<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee – no beneficial interest | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 JUL 22 A 10: 51 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI-ABA | February 13-15, 2008 | San Diego, CA | Teaching program | meals, lodging & transportation |
| 2. | ALI-ABA | February 27-28, 2008 | Newport Beach, CA | Teaching program | meals, lodging & transportation |
| 3. | FREE | July 20-24, 2008 | Bozeman, MT | Seminar | meals, lodging & transportation |
| 4. | American Conference Institute | November 18-21, 2008 | New York, NY | Teaching program | meals, lodging & transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank, San Pedro, CA | A | Interest | K | T | | | | | |
| 2. Bay Cities Nat'l Bank, RPV, CA | B | Interest | K | T | | | | | |
| 3. San Pablo Muni Bond, San Pablo, CA | A | Interest | J | T | | | | | |
| 4. Rockland Cal. Uni School Dist., Rockland, CA | A | Interest | K | T | | | | | |
| 5. Capitol One 1st Sav Bank, Falls Church, VA | A | Interest | J | T | | | | | |
| 6. Corporate Insured Trust Country Wide Bank, Alexandria, VA | A | Interest | J | T | | | | | |
| 7. California St Ambac CRC | A | Interest | K | T | | | | | |
| 8. Trust #1 - Trustee, no beneficial interest | | | | | | | | | |
| 9. Common Stocks: | | | | | | | | | |
| 10. Adobe Systems, Inc. | | None | L | T | transfer to | 7/17 | L | | ▬ |
| 11. Amgen, Inc. | | None | K | T | transfer to | 7/17 | L | | ▬ |
| 12. Boeing Co. | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 13. Citigroup, Inc. | B | Dividend | K | T | transfer to | 7/17 | L | | ▬ |
| 14. Costco Wholesale Corp. | A | Dividend | L | T | transfer to | 7/17 | K | | ▬ |
| 15. Devon Energy Corp. | A | Dividend | L | T | transfer to | 7/17 | L | | ▬ |
| 16. Genentech | | None | L | T | transfer to | 7/17 | L | | ▬ |
| 17. Heinz HJ Co. | D | Dividend | N | T | transfer to | 7/17 | N | | ▬ |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Idearc, Inc. | A | Dividend | J | T | transfer to | 7/17 | J | | ▬ |
| 19. Johnson & Johnson | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 20. Medtronics | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 21. Microsoft Corp. | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 22. Qualcomm, Inc. | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 23. United Health Group, Inc. | A | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 24. Verizon Communications | C | Dividend | L | T | transfer to | 7/17 | L | | ▬ |
| 25. Preferred Stock: | | | | | | | | | |
| 26. ACE Ltd. | C | Dividend | K | T | transfer to | 7/17 | J | | ▬ |
| 27. NB Cap. Corp. | C | Dividend | K | T | transfer to | 7/17 | L | | ▬ |
| 28. Public Storage | C | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 29. Royal Bank of Scotland | B | Dividend | K | T | transfer to | 7/17 | K | | ▬ |
| 30. Claymore S&P Mutual Fund | A | Dividend | L | T | transfer to | 7/17 | L | | ▬ |
| 31. Bonds: | | | | | | | | | |
| 32. GMAC LLC | C | Interest | K | T | | | | | |
| 33. Ford Motor Credit Co. | C | Interest | K | T | | | | | |
| 34. Ford Motor Co. Del. | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hertz Corp. | C | Interest | K | T | | | | | |
| 36. Lehman Bros. Mtn. Var. | D | Interest | L | T | | | | | |
| 37. Pomona, CA | C | Interest | K | T | | | | | |
| 38. California State | E | Interest | N | T | | | | | |
| 39. University CA | C | Interest | L | T | | | | | |
| 40. Inglewood CA | C | Interest | L | T | | | | | |
| 41. 33 Money Market Acct | A | Interest | K | T | | | | | |
| 42. Bank of America (Accounts) | | None | M | T | | | | | |
| 43. Penn West Energy | C | Interest | J | T | buy | 08/20 | J | | |
| 44. Provident Energy | C | Interest | J | T | buy | 08/20 | J | | |
| 45. Enerplus Resources Fund | C | Interest | J | T | buy | 08/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAL, MANUEL L | 07/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544